George Richter, Respondent, v. Edward R. Gerken and Mary Gerken, Appellants, and Others, Defendants.— Motion to vacate order of affirmance granted upon condition that appellants file their brief and be ready for argument on Friday, December eleventh (for which day the case is set down); otherwise, motion denied, with ten dollars costs. Present — Young, Kapper, Tompkins and Davis, JJ.

Samuel Wanuck, Respondent, v. Jerome A. Weiss, Appellant.— Motion for stay granted upon condition that appellant perfect the appeal for Monday, November thirtieth (for which day the case is set down), and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

The Yonkers National Bank and Trust Company, Respondent, v. Albert Pendus and M. Stanley Lipitz, Individually and as Copartners, etc., Appellants, and Another, Defendant.— Motion for stay granted upon condition that appellants perfect the appeal for the January, 1932, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

Bond and Mortgage Guarantee Company, Respondent, v. Paul A. Bogossian, Appellant, and Others, Defendants.— Order denying motion to dismiss complaint as to defendant Paul A. Bogossian affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ., concur.

Brooklyn Trust Company, Respondent, v. Bernard Webel and Carrie A. Webel, His Wife, Respondents. T. H. Fraser Mortgage Corporation, Purchaser, Appellant, and Others, Defendants.— Order directing the purchaser to complete its purchase affirmed. with ten dollars costs and disbursements. No opinion. Kapper, Carswell, Scudder, Tompkins and Davis, JJ., concur.

Bush Service Corporation, Appellant, v. Maid-Rite Corporation, Respondent.— Order denying motion to strike out amended answer affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ., concur.

Edward J. Cassent, Respondent, v. Viktoria Utyro, Appellant.— Order modified by striking therefrom the words " Ordered that the counterclaim be and the same is dismissed; and it is further," and by providing that, in addition to paragraphs 6, 7, 8 and 9, paragraph 15 be stricken out. As so modified, the order is affirmed, without costs. Paragraphs 10, 11, 12, 13, 14, 16, 17, 18, 19 and 20 constitute a counterclaim and they should not have been stricken out. Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ., concur.